FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA   2006 JUL 31  PM 1:01

STATESBORO DIVISION

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| WILLIAM ALDRICH SANCOMB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  CV606-30 |
| | ) | |
| WARDEN HUGH SMITH, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

no objections have been filed.   Accordingly, the Report and

Recommendation of the Magistrate Judge is adopted as the opinion of the

Court.

**SO ORDERED** this _31st_ day of _July_____, 2006.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA